3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３—３３５３—３５２１
FAX ＋８１—３—３３５６—９２２８
MAIL abuse@flex-law.gr.jp
Attorney for TOEI COMPANY, LTD.

June 1, 2021

**Via Email**
YouTube, LLC
Attn: Copyright Operations/ DMCA Complaints
901 Cherry Ave
San Bruno, CA 94066
Phone: 650-214-3010
Email: copyright@youtube.com

> RE: *NOTIFICATION OF COPYRIGHT INFRINGEMENT*
> **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

I represent TOEI COMPANY, LTD., a Japanese corporation (hereinafter called "TOEI "), the owner of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

It has recently come to TOEI 's attention that certain users of your services have unlawfully published and posted certain contents on your website located at www.youtube.com, more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

TOEI has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Work from www.youtube.com and/or any of your system or services.

  We also request a written assurance that you have fully complied with our request.

  I declare that the information in this notice is accurate, and under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

  Your immediate response will be appreciated.

          Very truly yours,

          Hiroyuki Nakajima
          Attorney at Law

*Hiroyuki Nakajima* (signature)

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work | YouTube Channel/User (Name/ Profile Page on YouTube.com) | |
|---|---|---|---|---|---|---|---|
| 1 | デビルマン | TOEI COMPANY, LTD. | https://www.toei-video.co.jp/catalog/dutd02411/ | https://www.youtube.com/watch?v=Krq7e2aDZNM | ポスターだけは良いと評された伝説の映画！これ以上の実写化があるだろうか？いや、ない。【デビルマン】 | 映画紹介ドットコム | https://www.youtube.com/channel/UCXDrPTAxxbQBUBBFFdYxjlQ/ |
| 2 | 犬鳴村 | TOEI COMPANY, LTD. | https://www.inunaki-movie.jp/ | https://www.youtube.com/watch?v=XmJ31vjGeo0 | 消された村に住む犬女。彼女の本当の目的は人を喰うことではなかった…「犬鳴村」 | 映画紹介ドットコム | https://www.youtube.com/channel/UCXDrPTAxxbQBUBBFFdYxjlQ/ |
| 3 | バトルロワイアル | TOEI COMPANY, LTD. | https://www.toei-video.co.jp/catalog/dstd02017/ | https://www.youtube.com/watch?v=udXOM6n9pho | 社会問題を巻き起こし国会の議題にも上がった超問題作【バトルロワイアル】【映画紹介】 | 東京Film | https://www.youtube.com/channel/UCnO3Vmiz5OvA8Eoquepgwzg |
| 4 | ツレがうつになりまして。 | TOEI COMPANY, LTD. | https://www.toei.co.jp/release/movie/1202510_979.html | https://www.youtube.com/watch?v=LKT5h0m01Z8 | [映画][ツレがうつになりまして]うつ病。遠くて近い病気 | 10分 MOVIE | https://www.youtube.com/channel/UCIJEpRxZtOtwLb-ELjksA_w |
| 5 | 暗黒女子 | TOEI COMPANY, LTD. | https://www.toei.co.jp/movie/details/1208165_951.html | https://www.youtube.com/watch?v=WJRU9BSoBwo | 秘密を抱えた女生徒たちの一晩の闇鍋会で明かされた真実◆映画紹介◆ | 夜子の部屋 | https://www.youtube.com/c/%E5%A4%9C%E5%AD%90%E3%81%AE%E9%83%A8%E5%B1%8B/ |